# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

Eastern District
Peter Kircheimer
*Attorney-in-Charge*

November 17, 2005

*Application granted.*
*So ordered. [signature]*
*11/17/05*
*[handwritten notations] cc:*

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: <u>United States v. Charita Paschal, 05-CR-729</u>**

Dear Judge Ross:

Charita Paschal is charged with the importation of narcotics. She was released by Magistrate Judge Pollack on September 1, 2005, on a $100,000 bond secured by her father's and her two sisters' signatures. The conditions of her release include confinement at home under electronic monitoring, limited travel, and drug treatment assessment.

As I indicated at the status conference two days ago, Ms. Paschal needs to find a new apartment and also needs to find employment to pay for her move and general living expenses. Because a search for both apartment and employment will require her to leave her home on a frequent basis during the day, we respectfully request that Ms. Paschal's bail conditions be modified to permit her to leave her home during the day, with a curfew time to be set by pre-trial services.

As Your Honor may recall, the government did not oppose this request.

Thank you for your attention to this matter.

Respectfully submitted,

Florian Miedel